Stanley Bogart, Respondent, v. James J. Walker, Mayor of the City of New York, and Others, Appellants.— The motion for a further stay is granted in so far as the operation of buses in the borough of Queens is concerned up to and including June tenth; otherwise, motion denied. Full opportunity was given to the board of estimate and apportionment to act in relation to bus operation in Manhattan. The board did not avail itself of that opportunity. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

The People of the State of New York ex rel. Henry A. Socha, Relator, v. Warden of Raymond Street Jail, etc., Respondent.— Writ sustained to the extent that the relator on the showing made is entitled to have his bail fixed. Bail is accordingly fixed at the sum of $1,000 by this court. On giving such bail bond duly approved by this court, relator will be released from custody; otherwise, writ dismissed and relator remanded. (*People ex rel. Rothensies* v. *Searles*, 229 App. Div. 603; *People ex rel. McManus* v. *Warden of City Prison*, 226 id. 364.) Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

Percy S. Rowe, Respondent, v. Hollis Holding Corporation and Bertram Fink, Appellants.— Motion for reargument granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. On reargument, the decision of this court handed down on March 28, 1932, is amended so as to read as follows: Judgment modified by striking out the decretal portions thereof and substituting in place thereof a provision for the recovery by plaintiff from the defendants of the sum of $1,000, with interest and costs, and, as so modified, unanimously affirmed, with costs to respondent. Finding of fact 12 is reversed as contrary to the evidence. Conclusion of law 3, and also 4 so far as it finds that plaintiff is entitled to a lien on the premises in question and directs a sale thereof, are reversed. As the plaintiff elected to rescind the contract and sue for his deposit, he is not entitled to a lien upon the property in question. (*Davis* v. *Rosenzweig Realty Co.*, 192 N. Y. 128.) Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ. Settle order on notice.

Acme Cast Stone Corporation, Appellant, v. Joseph J. Blake and Others, Defendants, Impleaded with City of New York and Others, Respondents.— That part of the judgment from which the appeal is taken unanimously affirmed, with costs, payable from the fund, to all respondents filing briefs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

Charles Alverson, Jr., and Others, Respondents, v. Isidore Munchick, Appellant.— Order granting motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.